**EXHIBIT 1**



## POSTING NOTICE
## Junior Administrative Assistant

Applications are now being accepted for the position of Junior Administrative Assistant at the Assessors Department.

**DESIREABLE QUALIFICATIONS:** Strong verbal, telephone and inter-personal skills along with good typing skills (accuracy and speed). Proven experience with computer, calculator and copy machines. A firm knowledge of Mass Appraisal Software packages preferably CAMAPRO 5.0 or other comparable appraisal software or an ability to learn appraisal software quickly. An aptitude for working with numbers and an ability to work with frequent interruption.

**EDUCATION:** High School Diploma or equivalent, supplemented by computer training or experience in Microsoft Word & spreadsheets i.e.: Microsoft Office 2000 or greater, Excel for Windows, etc. Good typing skills, (accuracy and speed), and an ability to operate calculator, copy machine, etc. Five (5) years work experience in an office setting, including frequent public contact.

**DUTIES AND RESPONSIBILITIES:**
1. Provide requested information in appropriate format to the property owner or public regarding the municipality's assessment policies, valuation, abatements and exemptions. Assist public research when appropriate.
2. Assist taxpayers and general public to file all departmental forms within statutory deadline, specifically but not limited to exemptions, personal property and motor vehicles.
3. Compile data and prepare reports for Assessors Department and the Mass. DOR for assessment purposes, reimbursement for lost taxes and certification of tax rate.
4. Work on all property transfers (deeds) and building permits for necessary changes; keep related manual records up to date.
5. Process motor vehicle and specialized excise tax commitments from the Registry of Motor Vehicles and related abatements. Review all work related to MVE performed by other clerical employees.
6. Maintain department records both manually and on computer. Type Board Meeting minutes and department correspondence, as well as, budget schedules. Review any work related to department budget performed by any other clerical employees.
7. Assist with Map changes, abutter's lists, and data entry on appraisal system.
8. Assist with Appellate Board preparation.
9. Convert all assessing forms to department computers when possible.

This union position is a Grade 2 and has a starting salary of $14.25 per hour for a 35-hour week. A letter of interest and resume should be addressed to Joseph Gibbons, Assistant Assessor/Appraiser, Rockland Town Hall 242 Union Street, Rockland, MA. 02370. Application accepted thru Friday, January 19, 2007. Job Description is available.

This position is covered by a collective bargaining agreement between the Town of Rockland and Independent Town Employee (R.I.T.E), and is open to competitive bidding by union members before considering outside applicants. The Town is an Equal Opportunity Employer.

*rec 5/25/07*

**EXHIBIT 2**

## ROCKAND INDEPENDENT TOWN EMPLOYEES
## OFFICIAL GRIEVANCE FORM

Name of Employee: R.I.T.E. UNION

Work Location: Assessor's Office

Immediate Supervisor: Joseph Gibbons

### STATEMENT OF GRIEVANCE

A regular, full time clerical position has been vacant since January of 2007. This position still remains vacant after being posted for 7 days with a qualified R.I.T.E. Union member applying.

### APPLICABLE VIOLATION

ARTICLE IV – UNION AND EMPLOYMENT SECURITY; SECTION 4.5 and any other applicable section of the contract.

### REMEDY

This full time position be filled immediately by the R.I.T.E. Union member who applied

Date: May 21, 2007  Signature of Union Rep. *Jane Sforza*
Jane Sforza, R.I.T.E. Union President

Date presented to Management Representation: 5/22/07
Signature: *JHG*   Title: Assessor/Appraiser

Disposition of Grievance: DENIED

**EXHIBIT 3**

**R.I.T.E. UNION** 

May 29, 2007

Rockland Board of Selectman
242 Union Street
Rockland, MA 02370

Dear Honorable Board:

Attached, please find a copy of the grievance the R.I.T.E. Union gave to Mr. Joseph Gibbons of the Assessors Office with regard to filling the union position in his office. Mr. Gibbons has denied our grievance, and we are now appealing this decision to your office.

Sincerely yours,

Jane Sforza,
R.IT.E Union President



**EXHIBIT 4**

# TOWN OF ROCKLAND

**Board of Selectmen**
Town Hall
242 Union Street
Rockland, Massachusetts 02370

*ephone:* 781-871-1874
 :  781-871-0386

*Chairman:*
Mary A. Parsons
*Vice Chairman:*
Louis U. Valanzola
*Selectmen:*
Lawrence J. Chaffee
James F. Simpson
Michael E. Zupkofska

*Town Administrator:*
Bradley A. Plante

*Executive Assistant:*
Mary B Stewart

August 15, 2007

Jane Sforza, Shop Steward
RITE Union
242 Union Street
Rockland, MA 02370

Re:   May 21, 2007 Grievance – Assessor's Office Vacancy

Dear Jane:

A Step 2 Grievance meeting was held with the Board of Selectmen last evening, in executive session. Following presentation of the grievance by the RITE Union, the Board of Selectmen voted as follows:

*To request that the Board of Assessors take steps to fill the position posted on January 4, 2007 in accordance with the provisions of the Collective Bargaining Union.*

Very truly yours,

Mary A. Parsons
Chairman

Cc:   Board of Assessors
      Michelle A. McNulty, Esq.
      Paul McCarthy

**EXHIBIT 5**



Phone: 781-871-0137

# TOWN OF ROCKLAND
MASSACHUSETTS
## BOARD OF ASSESSORS

242 UNION STREET
ROCKLAND, MASSACHUSETTS 02370

HARVEY J. SMITH, CHMN.
JILLENE M. SMITH
JAMES McKINNON
JOSEPH A. GIBBONS, M.A.A.
ASSESSOR/APPRAISER

August 20, 2007

Ms. Delshaune R. Flipp
148 Vernon Street
Rockland, MA 02370

Dear Ms. Flipp,

The Board of Assessors is requesting that I interview you for the vacant clerical position, which was posted on 1/4/07. I am available at 1 P.M. on Tuesday, Aug. 21st. Please contact me as soon as possible.

Sincerely,

Joseph A. Gibbons,
Assessor/Appraiser

cc: Town Administrator



# TOWN OF ROCKLAND
## MASSACHUSETTS
## BOARD OF ASSESSORS

**EXHIBIT 6**

242 UNION STREET
ROCKLAND, MASSACHUSETTS 02370

Phone: 781-871-0137

HARVEY J. SMITH, CH-IN.
JILLENE H. SMITH
JAMES McKINNON
JOSEPH A. GIBBONS, M.A.A.
ASSESSOR/APPRAISER

To: Board of Assessors
From: Joseph Gibbons, Assessor/Appraiser
Date: 8/27/7

    As the department head in your office for over thirteen years, I have faced many difficult decisions, one's dealing with A.T. B. appeals, assessments, budgets, personnel and politics. However, never have I encountered a choice that affects the future of this department quite like this one: whether a current RITE Union member, Delshaune Flipp is qualified to fill the Adm. Assistant's position which was posted on 1/4/07.

    After thoughtful consideration, I must say that I have serious reservations about her ability and qualifications based on her resume, letter of interest, interview, and inspection of her personnel file. While she seems to possess the necessary computer skills, her overall failure to follow directions and pay attention to detail are clearly lacking and her work experience is not steady, seems somewhat unrelated to the duties and responsibilities on the posting. Moreover, minimum qualifications like education and work experience are not stated in the interest letter and resume while typing accuracy was clearly not evident in the submitted documents.

    In the interview and resume, she stated "Customer Service is my number one quality." However, upon inspection of her personnel file, there was inappropriate action with the public in August of 2006 and this incident was witnessed by the Town's Executive Assistant in the Selectmen's office. An incident like this, might lead one to question the applicants reliability and credibility as our office is often staffed by just one employee. Moreover, accounting department personnel don't have to interact with the public that often in comparison with the assessing department.

    In our department, I view accuracy and attention to detail as a higher priority in our department as we are audited, take an oath to follow the laws and policies administered by the Dept. of Revenue and simply put, one typographical error or transposition can result in a major problem with the legal file or the assessment totals, which could affect the New Growth, Revaluation or the Tax Rate Setting Process. Moreover, her recent job history includes very little customer service work and her experience in municipal government is limited to less than two years of full-time experience with mixed review from her supervisor, Town Accountant Eric Hart.

    I have enclosed copies of the letter of interest and resume which demonstrate the applicant's gross failure to follow directions and pay attention to detail. The documents are littered with spelling mistakes, grammatical errors and overall lack of accuracy which would lead me to question her reliability, such as incorrectly spelling the addressee's name and omitting his title. Additionally, when questioned about these documents she stated, "They are absolutely my best work." However, this letter of interest has many mistakes from the salutation to the closing of the document. This project was an untimed situation without extensive pressure. What could one expect from her under an intense deadline with constant interruptions?

    Based on these factors, I cannot, at the current time, say that the applicant is qualified to handle the duties and responsibilities listed on the job posting. While impressed with her self-stated computer literacy, these other factors make it impossible to recommend her for a position, especially without a considerable probationary period.