UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Delshaune Flipp
       Plaintiff

v.                                    Civil Action No: 08-cv-11374-NMG

Town of Rockland
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised by ADR that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/s/ Diep Duong
_____
Diep Duong
Deputy Clerk

5/13/2010
Date