UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DELSHAUNE FLIPP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | DOCKET NO:  08 CA 11374 NMG |
| | ) | |
| TOWN OF ROCKLAND. | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated among the parties that the above-captioned matter be and hereby is,

dismissed with prejudice, without costs, and without right of appeal pursuant to Rule 41(a)(1)(ii)

as to all claims.

Respectfully submitted,

The Plaintiff,                                    The Defendant,
**Delshaune Flipp,**                             **Town of Rockland,**
By Her attorney,                                 By its Attorneys,


/s/ Daniel W. Rice                               /s/  Gareth W. Notis
Daniel W. Rice, BBO # 559269                     Gareth W. Notis, BBO #637814
GLYNN, LANDRY, & RICE, LLP                       Morrison Mahoney LLP
639 Granite Street                               250 Summer Street
Braintree, MA 02184                              Boston, MA  02210
(781) 849-8479                                   Tel. (617) 439-7500


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 9th day of June 2010.

/s/ Gareth W. Notis
Gareth W. Notis

1251193v1